# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MINDY BAXTER,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; COMENITY BANK;<br><br>    Defendant(s). | Case No.: 8:19-cv-01747 JLS (JDEx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Plaintiff Mindy Baxter and Defendant Experian Information Solutions, Inc. have announced to the Court that all matters in controversy against Experian Information Solutions, Inc. have been resolved. A Stipulation of Dismissal with Prejudice of Experian Information Solutions, Inc. has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Experian Information Solutions, Inc., the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Mindy Baxter against Defendant Experian

Information Solutions, Inc. are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED this 9th day of March 2019.

JOSEPHINE L. STATON
_____
**HONORABLE JOSEPHINE L. STATON**
UNITED STATES DISTRICT JUDGE
